# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES ANDREW BLATT, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL INTELLIGENCE | : | NO. 18-1260 |
| AGENCY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of April, 2018, upon consideration of Mr. Blatt's Motion to Proceed *In Forma Pauperis*, his Consolidated Motion for Leave to File an Amended Complaint and for the Appointment of Counsel, and his *pro se* Complaint and Amended Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Mr. Blatt's Consolidated Motion for Leave to File an Amended Complaint and for the Appointment of Counsel is GRANTED to the extent it requests leave to file an amended complaint and DENIED to the extent it requests the appointment of counsel.

3. The Complaint and Amended Complaint are DISMISSED with prejudice as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), in accordance with the Court's Memorandum. Mr. Blatt may not file a second amended complaint in this matter.

4. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**s/ J. Curtis Joyner**
**J. CURTIS JOYNER, J.**