IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA,
ALLENTOWN DIVISION

| | | |
|---|---|---|
| James Andrew Blatt | : | Case No.: |
| Plaintiff, | : | |
| | | 18 U.S.C. Sec. 1964(c) Civil RICO |
| vs. | : | |
| | | United Nations |
| Central Intelligence Agency | : | Convention Against Torture |
| Unknown named agents of the CIA | : | |
| | : | |
| | | Action at Law |
| | : | JURY TRIAL DEMANDED FOR ANY |
| Defendants, | : | ISSUES SO TRIABLE |

### Parties

1.) Plaintiff James Andrew Blatt is a Pennsylvania resident with a current mailing address of 364 W Main St., Bath, PA 18014

2.) Defendant Central Intelligence Agency (hereinafter "CIA") is a federal agency of the United States of America located at 1000 Colonial Farm Rd., McLean, VA 22101. The CIA operates worldwide, including domestically in the United States.

3.) Defendants unknown named agents of the CIA (hereinafter "CIA Agents") are employees of defendant CIA and liable as per respondeat superior and in their individual and official capacities for all of their acts and omissions as CIA Agents who act and have acted in knowing violation of law by targeting plaintiff. CIA Agents as natural persons are located in the Eastern District of Pennsylvania and can presumably be located by the same physical address as defendant CIA.

### Jurisdiction

4.) The Racketeering Influenced and Corrupt Organizations Act provides for this honorable Court to have exclusive jurisdiction over the instant complaint pursuant to 18 U.S.C. Sec. 1965. Jurisdiction is also proper in the Eastern District of Pennsylvania because all of the relevant activities substantially occurred here.

5.) The Court has subject matter jurisdiction over this action pursuant to 28 USC Section 1331 because plaintiff alleges violations of international treaty and federal law. This Honorable Court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 USC Section 1367(a)

### Venue

6.) Venue is just and proper in this Honorable Court because all of the alleged activities substantially occurred in the Eastern District of Pennsylvania and all persons named live or regularly transact their affairs here.

### Background and Targeting

7.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

8.) Any transnational corporation is liable to employ a CIA spook. The best corporate entities for intelligence assets to infiltrate span the globe and provide access inside the life of many people internationally (such as hosting global e-mail services as does Google, telecommunication services like T-Mobile or AT&T, or be in high finance). It is a truth that Britain's MI6 consistently recruits from among the gentry and noble class out of university. The CIA, like to MI6, is comprised of military and ex-civilian para-military personnel. It is unknown to this author whether a Case Officer, who recruits, is sent recruits, and to whom a crew reports, needs to have been recruited directly from the military.

9.) Alphabet Inc.'s Google (hereinafter "Alphabet Inc.") spans the globe. Alphabet Inc. hosts the privacy policy for www.fbi.gov. Alphabet Inc. angel invests in start-ups across the globe, has a hand in tens of billions of dollars in charitable aid delivered locally and on the nation-state level across the globe, is used by billions of persons for searching and its hardware for computing, has international internet infrastructure and national internet infrastructure on adjoining data networks used by millions in their homes and businesses, and has a strategic partnership with Switzerland's Novartis A.G. among other foreign entanglements. To the CIA (and other intelligence agencies) Alphabet Inc. was a prime and necessary target to infiltrate and make a case. And certainly as early as 1996 the CIA instructed personnel to apply.

10.) Alphabet Inc.'s mission statement is "to organize the world's information and make it ... useful". In short, global intelligence agencies simply can't overlook having access to the world's information stored at this nearly trillion dollar market-cap monster.

11.) About eleven years ago plaintiff was with two cohorts in Ocean City, MD and flashing a pellet gun (which was indistinguishable from a .45 calibre pistol) at motorists for amusement. Plaintiff alleges the CIA Officer who targeted him in the related matter (Captioned Blatt v. Google at Case No. 14-CV-07192 in the Eastern District of Pennsylvania) was following plaintiff on that day in Ocean City, MD and said CIA Officer waved a gun back at plaintiff and his cohorts. Both opposing occupant and his gun were observed firsthand by plaintiff, who was doing the driving in Maryland. However, instead of methodically executing we three criminals back in ca. 2007, the CIA Officer bolstered his ill will and resentment towards plaintiff, and this now master spy / case officer exacted extra-judicial revenge. In Spring 2017 plaintiff observed and recognized this same man, the CIA Officer himself, running surveillance on plaintiff's mother's apartment, where plaintiff lived through most of 2017.

12.) This constitutes the reason for plaintiff being targeted by CIA Agents for infliction of extra-judicial wanton and capricious punishments including racketeering and torture from about 2007 to the present time.

13.) Plaintiff alleges he has been followed the majority of his life (in excess of 21 years) by this master spy (whose wildly successful case is Alphabet Inc.'s Google *see related matter Blatt v. Google Case no. 14-CV-07192*) and his operatives living locally to the Lehigh Valley, PA.

## United Nations Convention Against Torture Claim

14.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

15.) The United States of America ratified the United Nations Convention Against Torture (UN CAT) in October 1994. The UN CAT provides for an enforceable right of remedy for any person who is harmed by a state actor violating its provisions.

16.) On or about November 24, 2016 plaintiff was preparing to celebrate the Thanksgiving holiday with his family, to include with a minor child. Dinner was going to be late, so plaintiff ate a ball of mozzarella cheese with tomato and plaintiff became profoundly disrupted in his bodily functioning in that plaintiff simply could not stop walking on account of chemically induced overabundant neurological stimulation from the dosed mozzarella. Defendant CIA Agents dosed plaintiff's mozzarella with this heinous stimulant drug which caused plaintiff to nearly walk headlong into moving traffic on the street. This, as all hereinafter alleged druggings, constitute a real threat of murder.

17.) Between January 7, 2017 and February 20, 2017 plaintiff lived at his mother's apartment and was still not safe in his person or secure in his residential dwelling on account of gang stalking by these CIA Agents.

18.) The steering wheel of the vehicle plaintiff is allowed to drive, a 1998 Chevrolet Lumina, was plaintiff's introduction to being victimized with nuclear poisons[1].

19.) CIA Agents placed radioactive/nuclear dust on top of [t]his car's steering wheel which plaintiff absorbed as he drove on or about January 7, 2017. The poison's delayed onset left plaintiff confused because he had never experienced such an effect in his life, namely, a powerfully pronounced pulsating pulse presented in plaintiff's left carotid artery for maybe 5 seconds. Plaintiff was left scared witless, and questioning "what is this", profoundly disrupting plaintiff's senses.

20.) As January wore on, and with repeated burglaries of plaintiff's mother's apartment solely targeting plaintiff's personal possessions for theft, plaintiff's prescribed medication became the means by which plaintiff became poisoned by the CIA Agents. Chemically engineered nuclear

---

[1] Plaintiff is not a chemical engineer; plaintiff is a lesser skilled worker. Plaintiff uses the phrase "nuclear poison" in the instant action interchangeably with what he also understands same to be called, namely, "radioactive poisons"

3

poisons were causing plaintiff to have a pounding pulse primarily in his left carotid, at times in both carotid arteries, and on one or two occasions (upon plaintiff taking only his prescribed medications) a powerfully pronounced pulse also presented in plaintiff's left wrist and thumb. These severely distressed plaintiff throughout January and early February (between on or about 1/7/2017 and 2/20/2017) causing plaintiff to dial 911 and seek what treatment might be available. During this time Intravenous fluids administered at the local hospital (Lehigh Valley Muhlenberg) caused the symptoms of mental status fluctuations tending to dysthymia and constant fear and frenzy to remit. Plaintiff was rejected as a lunatic when he presented for treatment but doctors were generally willing to administer intravenous fluids to appease plaintiff, which at that time, against these poisons, healed plaintiff or relieved his symptoms. Plaintiff visited the Emergency Room of Lehigh Valley Hospitals at least 10 times over an approximately 45 day period to get life saving treatment.

21.) On February 20, 2017 plaintiff received 3 courses of intravenous fluids. In the morning plaintiff decided the symptoms presented by plaintiff's highly atypical pulse were so severe as to warrant attention in hospital, and again in the afternoon at Patient First, an urgent care outpatient center, where a quickly spun together web of lies achieved the goal of yet more intravenous fluids during the administration of which plaintiff's sense of sight cut out (i.e. plaintiff went blind) for a second and plaintiff's vestibular sense of balance felt again deactivated. Plaintiff believes, and therefore avers, had he not been actively receiving intravenous fluids premised on a lie of involuntary intoxication plaintiff would have died by nuclear poisoning on this day. Patient First shipped plaintiff to the Emergency Room at Lehigh Valley Muhlenberg where plaintiff received 1 or 2 more liters of intravenous fluids which coincided with plaintiff feeling a constant flurry of tingling sensations emanating all about his scalp, which tingling plaintiff learned the hard way could coincide with brain chemistry changes in real time or be simple harmless scare.

22.) On one occasion, on or about February 13, 2017 plaintiff picked up a script of purported Catapres from CVS Pharmacy on Catasaqua RD, in Bethlehem, PA and the effect of this ostensibly authentic medication (after taking two) was systemic profound disruption of plaintiff's senses and personality because the "Catapres" was actually a chemically engineered nuclear poison compounded with an illegal stimulant. Upon examining the pills plaintiff noted the imprint was not crisp and clear, and upon showering to clear his mind, plaintiff returned to his bedroom, still profoundly disrupted from the nuclear poison some 2 days into the nuclear stimulant (poison) drug's effect, and found the bottle containing the alleged Catapres had simply vanished during plaintiff's 10 minute shower. (that is to say, CIA Agents came in and retrieved the remainder)

23.) Since about November 11, 2017, through to date plaintiff's eyesight has been profoundly disrupted to the degree that plaintiff had become practically blind[2] because of incessant long duration eye spasms ("blepharospams" was the diagnosis by Dr. Lisa Bunin, an opthamologist) which have occurred and remitted at CIA Agents whim by employ of nuclear poisons and/or nerve agents that paralyze or re-activate the muscles of plaintiff's eyes.

---

[2] "Practically blind" to plaintiff means he could not watch a movie and discuss its images; there was no such thing as watching television; or safe driving

24.) Throughout January 7, 2017 through February 20, 2017 and again in February and March of 2018 Plaintiff has endured for extended periods of time with the ungodly sensation of blood rushing in his ear, or sound emanating out of his ear, (the symptom of nuclear poisoning in this case is much like you would experience holding a seashell up to your ear, only without the seashell it's a nuclear poison) which is caused by being consistently dosed with nuclear poisons and causes and has caused plaintiff to live in constant fear of death at any moment knowing he's been poisoned, with a potentially delayed lethal effect. Plaintiff has been poisoned with a veritable cornucopia of nuclear poisons by CIA Agents' application of them to the driver's seat of plaintiff's car, which allow them to absorb transdermally and through clothing[3], or through plaintiff's prescribed medication.

25.) Plaintiff has been victimized with nuclear poisons which have as their initial onset a powerfully pronounced pounding pulse, usually in the left carotid, and ultimately caused a profoundly disrupting and distressing electric shock like sensation to pierce through plaintiff's body, into organs such as, in plaintiff's case, the heart, the brain, and the testes. The onset of this potentially perfectly lethal electric shock is an overwhelming sense of dread, impending doom, and gloom.

26.) On the morning of February 27, 2018 plaintiff ingested a counterfeit pill of 5mg Saphris virtually, as to plaintiff at the time, indistinguishable from the authentic which latter was in fact issued to plaintiff. This sublingual tablet caused plaintiff to have, for nearly 3 hours, a paralyzed, drooping and depressed looking face (like a stroke patient), and a dull, monotone voice. Internally plaintiff was in total turmoil and complete consternation. The CIA Agents who poisoned plaintiff were trying to recreate the blank mask-like expression of some mentally ill people. Plaintiff's personality was radically undone and plaintiff felt he was in critical need of a hospital for these hours as he paced back and forth on a college campus, where he was to take a test in Statistics Class that morning.

27.) Plaintiff has been picking up counterfeit pills directly from Stefko Pharmacy, in Bethlehem, PA where the CIA Agents somehow dupe the pharmacist, or in the alternative bribe him, into using their indistinguishable counterfeits as the medication dispensed to plaintiff, occurring consistently throughout March 1, 2018 <u>to present</u> (plaintiff picks up his meds every Tuesday and carries them as closely guarded as possible). These counterfeit meds are dosed with nuclear poisons that give rise to plaintiff's real fear of constant imminent death.

28.) All of these evil acts targeting plaintiff were committed by CIA Agents and caused plaintiff pure panic, total turmoil, complete consternation, frenzied fear, and *more generally* long drawn-out severe suffering for over a year (not entirely consecutively month over month). Also, all of these evil acts caused plaintiff to be profoundly disrupted in his senses and/or in his personality and/or caused plaintiff to live with the fear, whether false or real, of imminent death.

---

[3] Plaintiff has tried in vain to patiently wait out this man's evil acts as CIA Officer. And now plaintiff's life hangs dear in the balance. If plaintiff fails to achieve a favorable termination to this suit, which legally ends the racketeering, plaintiff is likely as good as dead. The CIA has proven itself relentless in racketeering plaintiff since ca. 1997.

### Racketeering Influenced and Corrupt Organization Act Claim
18 U.S.C. Sec. 1964

29.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

30.) The pattern of racketeering activity perpetrated by CIA Agents targeting plaintiff includes Retaliation 18 USC Section 1513, Tampering 18 USC Section 1512, and real threat of murder,

31.) The pattern of racketeering activity perpetrated by CIA Agents is open-ended in continuity

## Supplemental State Torts

### Negligent Infliction of Emotional Distress

32.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

33.) Plaintiff believes and therefore avers he will require talented, knowledgeable professional counseling for a substantial period of time in consequence of the CIA Agents Scheme targeting him

34.) The repeated attacks of plaintiff with radioactive/nuclear poisons has left plaintiff demented and with exacerbated underlying mental and emotional health symptoms

### Intentional Infliction of Emotional Distress

35.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

### Harassment

36.) Plaintiff repeats and incorporates all foregoing paragraphs as if they were stated herein in full

### Prayer for Relief

37.) Appointment of Counsel pursuant to the enforceable remedy at Article 14 (1) under the UN CAT Claim.

38.) Judgment in the amount of $1,500,000 United States Dollars

39.) A memorandum of understanding stipulating
    A.) Use of immunity to solve any homicide of James Andrew Blatt

40.) Any and all other relief the Court deems just and proper

6

March 23, 2018

Respectfully Submitted,

*James A. Blatt*

James A. Blatt
364 W Main St
Bath, PA 18014
+1 610 - 657 - 4672
redressgrievance@outlook.com

I declare under penalty of perjury that the foregoing (pp 1-7) is true and correct.

Executed: /s/ *James A. Blatt*

Dated: 3/23/2018